UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| RONALD LAY, JR.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>D. ROMARY; et al.,<br><br>Defendants - Appellees. | No. 05-15823<br>D.C. No. CV-03-01779-FCD/JFM<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: 7/5/05